# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
MATT FOSTER,

                Plaintiff,                  18 **CIVIL** 1706 (NSR)

    -against-                                  **<u>JUDGMENT</u>**

UNITED PARCEL SERVICE OF AMERICA, INC., UPS
FREIGHT, INC, and TFORCE FREIGHT, INC..

                Defendants.
---------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 24, 2025, Defendants United Parcel Service of America, Inc's motion for summary judgment and UPS Freight, Inc.s motion for summary judgment are GRANTED. Judgment entered in favor of Defendants United Parcel Service of America, Inc., UPS Freight, Inc. and TForce Freight, Inc. and against Plaintiff, and the case is closed.

**Dated:**  New York, New York

      June 25, 2025

                                                      **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                        **BY:**

                                                         **Deputy Clerk**